**O-7334**

**OPINION WITHDRAWN
& NOT REISSUED**